1  SEYFARTH SHAW LLP
   Lawrence E. Butler (SBN: 111043)
2  560 Mission Street, Suite 3100
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4
   Attorneys for Defendants
5  METROPOLITAN LIFE INSURANCE COMPANY and
   LENNOX INTERNATIONAL INC.
6  EMPLOYEE DISABILITY BENEFITS PLAN

7
                UNITED STATES DISTRICT COURT
8
          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                SAN FRANCISCO/OAKLAND DIVISION
10

11  MARILYN GRAY,                      )   Case No. C 04 5303 MMC
                                        )
12              Plaintiff,              )   STIPULATION AND ~~(PROPOSED)~~
                                        )   ORDER OF DISMISSAL
13      v.                              )   WITH PREJUDICE
                                        )
14  LENNOX INTERNATIONAL INC.           )
    EMPLOYEE DISABILITY BENEFITS PLAN   )
15  and METROPOLITAN LIFE               )
    INSURANCE COMPANY,                  )
16                                      )
                Defendants.             )
17  _____)

18      IT IS HEREBY STIPULATED, by and between the parties, by and through their

19  respective attorneys of record, that this action shall be dismissed with prejudice, each party to

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Stipulation and (Proposed) Order of Dismissal; Case No.: C 04 5303 MMC

1 | bear their own fees and costs.

2 | DATED: *August 2*, 2005        STEVEN M. CHABRE

4 | By _____
5 | Steven M. Chabre
   | ATTORNEYS FOR PLAINTIFF
   | VALERIE GIBSON

7 | DATED: *August 2*, 2005        SEYFARTH SHAW LLP

9 | By _____
   | Lawrence E. Butler

10 | Attorneys for Defendant
11 | METROPOLITAN LIFE INSURANCE
    | COMPANY and LENNOX
12 | INTERNATIONAL INC. EMPLOYEE
    | DISABILITY BENEFITS PLAN

15 |
16 | **IT IS SO ORDERED**

17 | Dated: August 2, 2005        _____
18 |                              MAXINE M. CHESNEY
    |                              UNITED STATES DISTRICT
    |                              COURT JUDGE

22 | SF1 28215521.1 / 19200-000210

2